# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00852-CV

**NESCOR Energy Company, Ltd. and Mark Schreiber, as Receiver of the Estate of Neil Salsich, III, Deceased, Appellants**

**v.**

**James M. Gibson d/b/a JMG Consultants, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, JUDICIAL DISTRICT NO. 69,869-E, HONORABLE GUY S. HERMAN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants' NESCOR Energy Company, Ltd. and Mark Schreiber, as Receiver of the Estate of Neil Salsich, III, Deceased, have filed a Motion for Voluntary Dismissal of Appeal. They announce that they and appellee James M. Gibson d/b/a JMG Consultants have fully and finally resolved their claims. We grant the motion and dismiss this appeal.

G. Alan Waldrop, Justice

Before Justices Patterson, Pemberton and Waldrop

Dismissed on Appellants' Motion

Filed:   February 21, 2007